UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WILKE MORGAN,<br><br>        Plaintiffs,<br><br>   vs.<br><br>VALLEY STATE PRISON, et al.,<br><br>        Defendants. | **Case No. 1:20-cv-00029-DAD-GSA-PC**<br><br>**ORDER RE PLAINTIFF'S REQUEST FOR STATUS**<br>**(ECF No. 13.)** |

      Matthew Wilke Morgan ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The Complaint commencing this action was filed on December 26, 2019 and opened as Case No. 1:19-cv-1797, Gann v. Valley State Prison. On January 7, 2020, Plaintiff's claims were severed from the claims in Case No. 1:19-cv-1797, and this case was opened for Plaintiff to proceed with his own case. (ECF No. 1.) On January 31, 2020, Plaintiff filed a First Amended Complaint in his own case. (ECF No. 10.)

      On April 29, 2020, Plaintiff filed a request for status of his case. (ECF No. 13.) Plaintiff states that he never received confirmation from the court that his First Amended Complaint was received.

1

The court does not ordinarily respond in writing to requests for status of cases, or send confirmation that documents are received.   Plaintiff shall receive notice in this action as a matter of course.[1]  Plaintiff will receive notices, at his address of record, of rulings made in this case and deadlines established in this case provided he keeps the court informed of his current address.

As a one-time courtesy, the Court informs Plaintiff that his First Amended Complaint was filed on January 31, 2020, and awaits the court's requisite screening under 28 U.S.C § 1915A.  The court ordinarily screens complaints in the order in which they are filed and strives to avoid delays whenever possible.  Plaintiff's First Amended Complaint will be screened in due course.

Based on the foregoing, Plaintiff's request for status of his case, filed on April 29, 2020, is RESOLVED.

IT IS SO ORDERED.

   Dated:   **February 4, 2021**                              **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is required to keep the court informed of his current mailing address. Local Rule 182(f) provides: "Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party.  Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective.  Separate notice shall be filed and served on all parties in each action in which an appearance has been made."