UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WILKE MORGAN,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>VALLEY STATE PRISON, et al.,<br><br>　　　　　Defendants. | **Case No. 1:20-cv-00029-DAD-GSA-PC**<br><br>**ORDER GRANTING EXTENSION OF TIME**<br>**(Resolves ECF No. 17.)**<br><br>**ORDER FOR PLAINTIFF TO EITHER:**<br><br>　　**(1) NOTIFY COURT THAT HE IS WILLING TO PROCEED ONLY WITH THE CLAIMS FOUND COGNIZABLE BY THE COURT;**<br>**OR**<br>　　**(2) FILE A SECOND AMENDED COMPLAINT NOT EXCEEDING 25 PAGES**<br><br>**THIRTY-DAY DEADLINE**<br><br>**ORDER FOR THE CLERK TO SEND PLAINTIFF COPIES OF THE FIRST AMENDED COMPLAINT (ECF No. 10) AND THE COURT'S ORDER OF JULY 13, 2021 (ECF No. 16)** |

　　　Matthew Wilke Morgan ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On July 13, 2021, the court issued an order finding that Plaintiff states cognizable claims in the First Amended Complaint. (ECF No. 16.)  Plaintiff was granted 30 days in which to either:  (1) notify the court that he is

willing to proceed only with the cognizable claims, or (2) file a Second Amended Complaint not exceeding 25 pages.  (Id.)

On August 5, 2021, Plaintiff filed a response.  (ECF No. 17.)  He reports that he has been homeless since December 28, 2020, and did not receive the court's order.  Plaintiff requests a copy of his complaint and notifies the court of an address where he can receive mail.  Plaintiff also notifies the court that he is willing to proceed with the claims found cognizable by the court.

As it appears Plaintiff has not had an opportunity to read the court's July 13, 2021 order, Plaintiff shall be granted additional time in which to file his response to the order.  The court shall direct the clerk to provide Plaintiff with copies of the court's order (ECF No. 16) and the First Amended Complaint (ECF No. 10).

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff copies of the court's order issued on July 13, 2021 (ECF No. 16) and the First Amended Complaint (ECF No. 10);

2. Within 30 days of the date of service of this order, Plaintiff shall either:

    (1) file a Second Amended Complaint not exceeding 25 pages;

    or

    (2) notify the court that he does not wish to file an amended complaint and is willing to proceed only with the RLUIPA, First Amendment Free Exercise Clause, conditions of confinement, failure to protect, and retaliation claims found cognizable by the court; and

3. Plaintiff's failure to comply with this order may result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated:   **August 11, 2021**                         **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE