UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WILKE MORGAN,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY STATE PRISON, et al.,<br><br>Defendant. | No. 1:20-cv-00029-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDING AND RECOMMENDATIONS IN FULL<br><br>ORDER GRANTING DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS IN PART, WITHOUT LEAVE TO AMEND<br><br>(ECF Nos. 30, 38) |

Plaintiff Matthew Wilke Morgan ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 17, 2023, the Magistrate Judge issued findings and recommendations, recommending that Defendants' motion to dismiss be granted in part, without leave to amend. (ECF No. 38.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (*Id.*) Neither party filed objections, and the time to do so has now expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. Defendants' motion to dismiss, (ECF No. 38), is granted in part, without leave to amend;

2. This case now proceeds against only Defendants Warden Raythel Fisher, Jr. and Culinary Worker Moosbauer for violation of Plaintiff's right to exercise his religion under the First Amendment, adverse conditions of confinement in violation of the Eighth Amendment, and failure to protect Plaintiff in violation of the Eighth Amendment, but no other claims against any Defendant upon which relief may be granted;

3. All other claims and Defendants are dismissed, without leave to amend;

4. Defendants Paez, Anguiano, Chapa, Lucero, Marquez, and Cruz are dismissed from this case, with prejudice;

5. Plaintiff's claims for injunctive relief, violation of RLUIPA, and retaliation are dismissed from this case, with prejudice; and

6. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   June 7, 2023

_____
UNITED STATES DISTRICT JUDGE

2