UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WILKE MORGAN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>VALLEY STATE PRISON, et al.,<br><br>　　　　　Defendants. | 1:20-cv-00029-ADA-GSA-PC<br><br>**ORDER FOR DEFENDANTS TO FILE AN ANSWER TO THE FIRST AMENDED COMPLAINT WITHIN 20 DAYS OF THE DATE OF SERVICE OF THIS ORDER**<br><br>**(ECF No. 10.)** |

　　　Matthew Wilke Morgan ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On March 14, 2022, Defendants filed a motion to dismiss this case under Federal Rules of Civil Procedure 12(b)(6). (ECF No. 30.) On June 8, 2023, the Court issued an order granting the motion to dismiss in part. (ECF No. 39.)  This case now proceeds against defendants Warden Raythel Fisher, Jr. and Culinary Worker Moosbauer ("Defendants") for violation of Plaintiff's right to exercise his religion under the First Amendment, subjecting Plaintiff to adverse conditions of confinement in violation of the Eighth Amendment, and failure to protect Plaintiff in violation of the Eighth Amendment.

　　　Based on the foregoing, **IT IS HEREBY ORDERED** that Defendants are required to file an answer to the First Amended Complaint within 20 days of the date of service of this order.

IT IS SO ORDERED.

　　Dated:　**June 12, 2023**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE